COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| JAMES HENRY MCDONALD, | § | No. 08-19-00122-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D03030) |
| | § | |

# **O R D E R**

The Court GRANTS Appellant's Pro Se Motion for Access to the Appellate Record. Therefore, this Court is hereby providing a hard copy of the appellate record, which consists of 1 volume of the Clerk's Record and 7 volumes of the Reporter's Record, via U. S. mail, to the Warden of the Darrington Unit, 59 Darrington Rd., Rosharon, TX 77583, for use by the Appellant James Henry McDonald, (TDCJ# 2261974). The Warden or designated custodian of records shall make this record available to the appellant for purposes of preparing his appellate brief. Appellant's Pro Se brief shall be due in this office on or before March 6, 2020. The hard copy of this record does not need to be returned to this Court. Further, please note that copies of the exhibits are not provided and only a copy of the Index (Volume 8 of 8 of the Reporter's Record) has been provided.

IT IS SO ORDERED this 5th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.